NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES EDWARD BRITT, II,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES, FEDERAL DEPOSIT INSURANCE CORPORATION, UNKNOWN AGENTS OF THE FDIC,**

*Defendants-Appellees*

---

2026-1371

---

Appeal from the United States District Court for the District of Columbia in No. 1:22-cv-03488-CKK, Judge Colleen Kollar-Kotelly.

---

Before MOORE, *Chief Judge*, DYK and TARANTO, *Circuit Judges*.

PER CURIAM.

### O R D E R

Upon consideration of the court's opinion that the above-captioned appeal be transferred to the U.S. Court of Appeals for the District of Columbia Circuit,

2                                                                      BRITT v. US

IT IS ORDERED THAT:

The appeal is transferred to the District of Columbia Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

January 23, 2026
Date